UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GEICO GENERAL INSURANCE
COMPANY,

    Plaintiff,

v.                                  Case No: 5:15-cv-45-Oc-30PRL

MICHAEL BERGUIRISTAIN, NICOLE
MELISSA GALINDO, FRANK
GALLETTI, MARIA GALLETTI, ANN
MARIE MAGRI, JANETTE DEL
ROSARIO-PARDO, EDDY PARDO,
ANDY ROMERO, OFF ROAD
HUMMER ADVENTURE, LLC, JUSTIN
TIRRI, ANTHONY TIRRI and SARAH
TIRRI,

    Defendants.

## ORDER

THIS CAUSE comes before the Court on Plaintiff GEICO General Insurance Company's Amended Motion in Limine (Doc. 82), which was heard at the November 10, 2016 pretrial conference. The amended motion in limine raised the following eight issues:

(1) Personal opinions of insurance companies, references to GEICO's advertising campaigns and the payment of insurance premiums;

(2) Statements of the jury being "conscience of the community";

(3) Testimony from lay witnesses regarding their opinions about the legal standards for coverage to exist under the applicable policy;

(4) Prohibiting arguments, testimony and/or evidence at trial regarding the extent of Defendants' injuries, their ongoing treatment, ongoing medical problems or limitations and the impact that those injuries have had on their

lives and family other than evidence, testimony or argument regarding the effect of injuries on a witness's memory;

(5) The use of pictures and story boards at trial;

(6) Magri's response to GEICO's Motion for Summary Judgment, Magri attached exhibits which are hearsay;

(7) Testimony, argument and/or evidence that there have been settlements, settlement offers or settlement negotiations of any kind in the underlying claim including, but not limited to, such testimony, argument and/or evidence related to Justin Tirri; and

(8) Testimony, argument and/or evidence commenting on the presence or absence of any witness.

(Doc. 82, p. 2). Having reviewed the motion and arguments of counsel, it is therefore

ORDERED AND ADJUDGED that:

1. Plaintiff's amended motion (Doc. 82) is GRANTED IN PART as follows:

    a. The motion is granted as to issues 1, 2, 3, and 5, to which Defendant Ann Marie Magri had no objection.

    b. The motion is granted in part as to issue 4. The parties are permitted to inquire as to whether the accident caused injuries generally, but cannot inquire as to the specifics or extent of the injuries.

    c. The motion is granted as to issue 6, but the parties may request a bench conference prior to attempting to illicit information regarding or introducing the exhibits attached to Defendant Ann Marie Magri's response to Plaintiff's motion for summary judgment.

    d.  The Court reserves ruling as to issue 7, and the parties are directed to request a bench conference prior to attempting to illicit information regarding settlements.

    e.  The motion is granted in part as to issue 8, with the exception of Defendant Justin Tirri as discussed on the record at the pretrial conference.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of November, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record