## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

GEICO GENERAL INSURANCE
COMPANY,

      Plaintiff,

v.                                                  Case No: 5:15-cv-45-Oc-30PRL

MICHAEL BERGUIRISTAIN, NICOLE
MELISSA GALINDO, FRANK
GALLETTI, MARIA GALLETTI, ANN
MARIE MAGRI, JANETTE DEL
ROSARIO-PARDO, EDDY PARDO,
ANDY ROMERO, OFF ROAD
HUMMER ADVENTURE, LLC, JUSTIN
TIRRI, ANTHONY TIRRI and SARAH
TIRRI,

      Defendants.

_____

## <u>FINAL JUDGMENT AGAINST GEICO GENERAL INSURANCE COMPANY</u>

THIS CAUSE comes before the Court following the December 6, 2016 jury verdict against Plaintiff and in favor of Defendant Ann Marie Magri. It is therefore ORDERED AND ADJUDGED that:

1.     Based on the jury's finding that Frank Galletti was driving the Hummer with the permission of, or with reasonable belief that he had the permission of Justin Tirri at the time of the accident, the Court declares GEICO General Insurance Company's policy issued to Frank Galletti provides coverage for the accident.

2.      The Clerk is directed to enter Final Judgment in favor of Defendant Ann

Marie Magri and against Plaintiff GEICO General Insurance Company, and,

thereafter, close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of December, 2016.


_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


Copies furnished to:
Counsel/Parties of Record